IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-cv-00287

| | |
|---|---|
| RALEIGH ADOLPH BELLAMY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FORD MOTOR COMPANY, and )<br>NATIONWIDE INSURANCE, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time to Supplement his Response (Doc. No. 20) to Defendants' motions to dismiss the Complaint. Plaintiff timely filed his response (Doc. No. 19) and this motion; however, the Court overlooked the filing of such motion due to clerical error. Accordingly, for the reasons stated in Plaintiff's motion, the Court will grant the motion for additional time nunc pro tunc and allow Plaintiff ten additional calendar days from the date of this Order, or until January 21, 2008, to supplement his response..

NOW THEREFORE, IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Doc. No. 20) is GRANTED. The *pro se* Plaintiff shall have until January 21, 2008, to supplement his response, including any evidence, to Defendants' motions. NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.

2. The Clerk is directed to send copies of this Order to counsel for Defendants; and to the *pro se* Plaintiff, that is, Raleigh Adolph Bellamy, P.O. Box 3251, Mount Vernon, NY 10553.

SO ORDERED.

Signed: January 9, 2008

Frank D. Whitney
United States District Judge