# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raleigh Adolph Bellamy,

    Plaintiff(s),

vs.

Ford Motor Company, and
Nationwide Insurance,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-287

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/6/2008 Order.

Signed: February 6, 2008

Frank G. Johns, Clerk
United States District Court